

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00454-CV

**DAVIS LAW FIRM**,
Appellant

v.

Sara **UDELL** and **APOLLO MANAGING GENERAL AGENCY**,
Appellees

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2017CV06581
Honorable David J. Rodriguez, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the motion to dismiss is GRANTED and this appeal is DISMISSED.

We order that appellees Sara Udell and Apollo Managing General Agency recover their costs of this appeal, if any, from appellant Davis Law Firm.

SIGNED September 25, 2019.

_____
Beth Watkins, Justice